# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARIEL MORALES BRACHO,<br><br>         Plaintiff,<br><br> v.<br><br>LAS VEGAS JUSTICE COURT,<br><br>         Defendant. | Case No. 2:20-cv-01339-RFB-NJK<br><br>**ORDER** |

  This Court, having reviewed the record in its entirety, dismiss Plaintiff's Complaint without prejudice for the reasons stated below.

  Federal courts are courts of limited jurisdiction because they possess only that power authorized by Constitution and statute. Kalt v. Hunter, 66 F.3d 1002, 1005 (9th Cir. 1995); see 28 U.S.C. §1251, §1253, §1331, §1332. Federal courts are to presume that cases lie outside their jurisdiction, and the burden of proving jurisdiction rests on the party asserting it. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). To invoke a federal court's limited subject matter jurisdiction, a complaint need only provide "a short and plain statement of the grounds for the court's jurisdiction." Fed.R.Civ.P. 8(a)(1). Federal courts "have an independent obligation to determine whether subject-matter jurisdiction exists, even in the absence of a challenge from any party." Arbaugh v. Y & H Corp., 546 U.S. 500, 501 (2006).

  After reviewing Plaintiff's complaint, it appears he alleges that Defendants' actions created injury to his social life. However, Plaintiff's complaint is void of any ground showing why this Court has jurisdiction over this matter. Therefore, subject-matter jurisdiction does not exist, and this Court does not have jurisdiction over this matter. Id.; see 28 U.S.C. §1251, §1253, §1331, §1332.

THEREFORE, IT IS ORDERED that Plaintiff's Complaint is dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff has 14 days to file an amended complaint addressing this defect.

DATED: September 3, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**